OPINION — AG — ** COUNTY FREE FAIR BOARD — MILL LEVY — COUNTY FAIRS ** QUESTION(1): IT IT MANDATORY THAT THE COUNTY COMMISSIONERS SET UP ONE-FOURTH(1/4) MILL TO HOLD COUNTY FAIRS ? — NEGATIVE, QUESTION(2): DOES THE COUNTY FAIR BOARD HAVE THE AUTHORITY TO DESIGNATE WHERE AND WHEN COUNTY FAIRS ARE TO BE HELD ? — AFFIRMATIVE, QUESTION(3): DOES THE COUNTY FAIR BOARD HAVE THE AUTHORITY TO SPEND A PORTION OF THE COUNTY FAIR FUNDS TO PAY PREMIUMS ON LIVESTOCK AT A SPRING LIVESTOCK SHOW ? — NEGATIVE (EXHIBITS) CITE: OPINION NO. OCTOBER 14, 1944 — HILL, OPINION NO. JUNE 25, 1942 — COOPER, 2 O.S. 98 [2-98], 2 O.S. 104 [2-104](E), 2 O.S. 104 [2-104](F), 62 O.S. 331 [62-331] (J. H. JOHNSON)